UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DIANA MICHELLE BOYETTE<br>Plaintiff, | )<br>)<br>) |
| v. | ) **JUDGMENT**<br>)<br>) No. 7:17-CV-159-FL<br>) |
| NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>Defendant. | )<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the stipulation and agreement of the parties under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 27, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $7,500.00 plus reimbursement of the $400.00 filing fee.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

Pamela Marie Henry-Mays (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg/Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

December 27, 2018                    PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk